UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

KRIS KEYES,

        Petitioner,               Case No. 2:20-cv-5

v.                                  Honorable Paul L. Maloney

CATHERINE BAUMAN,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  March 26, 2020                        /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge